

NUMBER 13-13-00240-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **BRANDI RENEE DAY D/B/A DESIGNER SECRETS,** | **Appellants,** |
| **v.** | |
| **LARRY SMITH AND DIANA SMITH,** | **Appellees.** |

### On appeal from the County Court at Law No. 7 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Perkes and Longoria**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on March 14, 2014. This cause is now before the Court on a joint motion to dismiss with prejudice on grounds the parties have settled this matter and no longer wish to pursue this appeal. The parties request that

this Court dismiss this case with prejudice. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of July, 2014.

2